IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SUNNY KAUR, et al.,
    Plaintiffs,

v.      Civil Action No. 3:21cv522

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,
    Defendant.

### FINAL ORDER

This matter comes before the Court on the parties' joint motion for settlement approval. (ECF No. 70.) The Court held a Zoom hearing on the motion on July 12, 2022.

Upon due consideration of the parties' motion and proposed settlement, the Court finds the settlement agreement reasonable, adequate, and fair as to all parties. The Court further finds that the settlement resulted from arm's length negotiations between counsel for the parties, who are experienced in the field of Fair Labor Standards Act litigation, and that plaintiffs' counsel has provided sufficient information to permit the Court to conclude that the separately stated attorneys' fees and costs to be paid under the settlement agreement represent payments for amounts actually incurred at a reasonable hourly rate.

For these reasons and those stated during the July 12 hearing, the Court APPROVES the settlement agreement and GRANTS the parties' motion to dismiss the action. (See ECF No. 70.) The Court hereby DISMISSES the case WITH PREJUDICE. The Court DIRECTS the Clerk to close the case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date:  11  July 2022
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge